IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02213-BNB

CHRISTOPHER VAUGHN, #118786,

    Plaintiff,

v.

KRISTIN WATT, #8641,
COLORADO DEPARTMENT OF CORRECTIONS,
DETECTIVE #99015,
DENVER POLICE DEPARTMENT, and
J. LEE,

    Defendants.

---

### ORDER VACATING SEPTEMBER 9, 2010 ORDER IN PART AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

In the Court's Order dated September 9, 2010, Plaintiff was instructed to submit his request to proceed pursuant to 28 U.S.C. § 1915 on a form used by nonprisoners because the address he provided on the Prisoner Complaint form indicated he was not incarcerated. However, also on September 9, 2010, Plaintiff submitted correspondence to the Court in an envelope which had a return address for Plaintiff at the Denver County Jail. Therefore, the § 1915 motion and affidavit Plaintiff submitted to the Court on August 31, 2010, is correct, and Plaintiff is not required to submit a § 1915 motion and affidavit used by nonprisoners as he was instructed to do in the Court's September 9, 2010 Order.

Nonetheless, the copy of Plaintiff's inmate account statement is not current and is not certified by an appropriate official of the penal institution where he is detained. Therefore, Plaintiff is instructed to cure the deficiency as follows.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing **certified copy** of prisoner's trust fund statement for the 6-month period **immediately** preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other:

**Complaint or Petition:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing an original signature by Plaintiff
(4) ___ is incomplete
(5) ___ uses et al. instead of listing all parties in caption
(6) ___ An original and a copy have not been received by the court. Only an original has been received.
(7) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(8) ___ names in caption do not match names in text
(9) ___ other _____

Accordingly, it is

ORDERED that the September 9, 2010 Order is vacated to the extent discussed above. It is

FURTHER ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order** the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 15, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02213-BNB

Christopher Vaughn
Prisoner No. 118789
978 S. Blackhawk #28-204
Aurora, CO 80013

Christopher Vaughn
Prisoner No. 118789
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/15/10

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk